```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-73148 WJL** |
| **STEPHANIE M. WOLPER,** | **Chapter 13** |
| Debtor. | **MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

    The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

    Commencing April 2012, debtor will pay $480.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

    The modification is sought on the following grounds: To make the plan feasible.

Dated: March 28, 2012

                                /s/ Anne Y. Shiau
                                ANNE Y. SHIAU
                                Attorney for Debtor