```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

The following constitutes
the order of the court. Signed June 9, 2012

_____
**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 11-73148 WJL |
| **STEPHANIE M WOLPER,** | Chapter 13 |
| Debtor. | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |
| _____/ | |

The above named debtor having served an Amended Motion to Modify Chapter 13 Plan on May 10, 2012, and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows:

Debtor shall include her 2011 tax debt owed to the IRS in the amount of $4,451.00 with 3% interest, as part of her Chapter 13 plan.

Commencing May 2012, debtor will pay $575.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

**END OF ORDER**

**COURT SERVICE LIST**

'No physical service required'