# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

December 27, 2016

PALM MANOR HOMEOWNERS ASSOCIATION
C/O UNITED TRUSTEE SERVICES
696 SAN RAMON VALLEY BLVD, #353
DANVILLE, CA 94526

**FIRST NOTICE**

Chapter 13 Case No.: 11-73148-WJL13
Re: Stephanie M Wolper

We received a notification regarding claim# 5 filed by PALM MANOR HOMEOWNERS ASSOCIATION.

We have no authority to stop distributions on the claim. If no further payments are required please file documentation with court stating no further payments are required from the Chapter 13 Trustee's office. To determine information regarding the claim - including the amount disbursed on the claim -- please review www.13network.com . All documents **MUST** be filed with the Bankruptcy court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, Ca 94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim. When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

Palm Manor Homeowners Association, C/O United Trustee Services, 696 San Ramon Valley Blvd, #353, Danville, CA  94526
Patrick L Forte Atty, 1624 Franklin St #911, Oakland, CA  94612
Stephanie M Wolper, 354 Santa Clara Ave, Oakland, CA  94610