# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

December 30, 2016

IDEAL RESTORATION
432 CANAL STREET #16
SOUTH SAN FRANCISCO, CA 94080

**FINAL NOTICE**

Chapter 13 Case No.: 11-73148-WJL13
Re: Stephanie M Wolper

We received a notification regarding claim# 1 filed by IDEAL RESTORATION. Per telephone conversations to "Simon" with Ideal Restoration telling me that he does not know where to apply these payments. IF the disbursement checks remain outstanding and this case has completed.

We have no authority to stop distributions on the claim. If no further payments are required please file documentation with court stating no further payments are required from the Chapter 13 Trustee's office. To determine information regarding the claim - including the amount disbursed on the claim -- please review www.13network.com . All documents **MUST** be filed with the Bankruptcy court.

Oakland Bankruptcy Court
1300 Clay Street, Suite #300
Oakland, Ca 94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim. When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.

Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

Ideal Restoration, 432 Canal Street #16, South San Francisco, CA 94080

Patrick L Forte Atty, 1624 Franklin St #911, Oakland, CA 94612

Stephanie M Wolper, 354 Santa Clara Ave, Oakland, CA 94610